UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIAN GUZMAN,

    Plaintiff,

                                          Case No. 24-cv-11817
v.                                        Hon. Matthew F. Leitman

ASSIC TRUCKING CO. *et al.*,

    Defendants.

_____/

## ORDER ON STATUS CONFERENCE

On February 19, 2025, the Court held an on-the-record status conference.  For the reasons stated on the record, **IT IS HEREBY ORDERED** that Defendants Assic Trucking Co. and Carl Cedric Kroger shall fully respond to the discovery described in Plaintiff Christian Guzman's Motion to Compel Defendant's Depositions and Answers to Interrogatories & Request for Production of Documents (ECF No. 11) by **not later than March 12, 2025**.

    **IT IS SO ORDERED.**

                                                         s/Matthew F. Leitman
                                                          MATTHEW F. LEITMAN
                                                          UNITED STATES DISTRICT JUDGE

Dated:  February 19, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 19, 2025, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126