UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIAN GUZMAN,

    Plaintiff,

v.

                                    Case No. 24-cv-11817
                                    Hon. Matthew F. Leitman

ASSIC TRUCKING CO., *et al.*,

    Defendants.

_____/

**ORDER (1) DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR SPOLIATION SANCTIONS (ECF No. 27); (2) GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SANCTIONS FOR FAILURE TO PRESERVE ELECTRONICALLY STORED INFORMATION (ECF No. 30); (3) GRANTING PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF COLLATERAL SOURCES (ECF No. 31); AND (4) TERMINATING AS MOOT PLAINTIFF'S EMERGENCY MOTION TO COMPEL (ECF No. 38)**

On January 12, 2026, the Court held a final pretrial conference and hearing on all pending motions in this action. For the reasons stated on the record, **IT IS HEREBY ORDERED** as follows:

1) Plaintiff's Motion for Spoliation Sanctions (ECF No. 27) is **DENIED WITHOUT PREJUDICE**. Plaintiff may request an adverse inference instruction based upon the alleged spoliation at the conclusion of the presentation of evidence at trial, and the Court will evaluate the request at that

time. In addition, Plaintiff may introduce evidence of the alleged spoliation at trial.

2) Plaintiff's Motion for Sanctions for Failure to Preserve Electronically Stored Information (ECF No. 30) is **GRANTED IN PART** and **DENIED IN PART**. It is **GRANTED** to the extent that it seeks sanctions under Federal Rule of Civil Procedure 37(e)(1). It is **DENIED** in all other respects. As sanctions under Rule 37(e)(1), the Court will allow the Plaintiff to present evidence and argument to the jury regarding the failure to preserve.

3) Plaintiff's Motion in Limine to Exclude Evidence of Collateral Sources of Recovery (ECF No. 31) is **GRANTED**.

4) Plaintiff's Emergency Motion to Compel Defense Medical Examination Reports (ECF No. 38) is **TERMINATED AS MOOT**.

**IT IS SO ORDERED.**

    s/Matthew F. Leitman  
    MATTHEW F. LEITMAN  
    UNITED STATES DISTRICT JUDGE

Dated: January 13, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 13, 2026, by electronic means and/or ordinary mail.

    s/Holly A. Ryan  
    Case Manager  
    (313) 234-5126