UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIAN GUZMAN,

     Plaintiff,

                                       Case No. 24-cv-11817

v.                                     Hon. Matthew F. Leitman

ASSIC TRUCKING CO., *et al.*,

     Defendants.

_____/

### ORDER (1) DENYING IN PART AND TERMINATING AS MOOT IN PART DEFENDANTS' MOTION TO DISMISS AS A SANCTION FOR DISCOVERY VIOLATIONS (ECF No. 51); (2) GRANTING PLAINTIFF'S REQUEST FOR SANCTIONS UNDER LOCAL RULE 7.1(a); AND (3) ADJOURNING CURRENT TRIAL DATE

On April 2, 2026, the Court held a status conference in which it discussed Defendants' Motion to Dismiss as a Sanction for Discovery Violations (ECF No. 51.) For the reasons stated on the record, that Motion is **DENIED IN PART** and **TERMINATED AS MOOT** in part as follows:

    1)     The Motion is **DENIED** to the extent it seeks dismissal of the case.

    2)     The Motion is **TERMINATED AS MOOT** to the extent it seeks an order compelling the Plaintiff to produce required medical authorizations because Plaintiff has agreed to produce the authorizations voluntarily.

In addition, for the reasons stated on the record:

3) Plaintiff's oral request for sanctions under Local Rule 7.1(a) based on Defendants' failure to sufficiently meet and confer prior to filing their motion for dismissal is **GRANTED**.   The Court defers further proceedings on determining the type and amount of sanctions.

4) The parties shall meet and confer to develop a chronology for the necessary events and deadlines to be completed before trial.  The parties shall submit the chronology to the court on the docket as a proposed stipulated order.

5) The current trial date is **ADJOURNED**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 2, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 2, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2