UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIAN GUZMAN,

Plaintiff,

Case No. 24-cv-11817

v.

Hon. Matthew F. Leitman

ASSIC TRUCKING CO., *et al.*,

Defendants.

______________________________________________________________/

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL (ECF No. 61)**

On August 7, 2026, the Court held a conference to discuss Plaintiff Christian Guzman's motion to compel. (*See* Mot., ECF No. 61.) For the reasons explained on the record during the conference, and the reasons explained in the motion, the motion is **GRANTED**. Defendants shall produce Dr. Samer G. Saqqa for a deposition by no later than **August 31, 2026**, at a time that is convenient for Guzman and that provides Guzman a sufficient period of time to prepare for and take a full and complete deposition of Dr. Saqqa. The failure of Dr. Saqqa to appear for a deposition by August 31, 2026, will result in Dr. Saqqa's exclusion from testifying as a witness at trial.

Finally, for the reasons explained on the record, and the reasons explained in the motion, the Court **AWARDS** Guzman his reasonable attorney fees and costs

associated with the filing of his motion. The Court will determine the amount of the fees and costs at a later date in this case.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 7, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 7, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126