**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

CHRISTIAN GUZMAN,

Plaintiff,

Case No. 2:24-cv-11817
Hon. Matthew F. Leitman

v.

ASSIC TRUCKING CO. and
CARL CEDRIC KOGER, JR.,

Defendants.

---

Kevin H. Seiferheld (P58016)
Alexander P. Kemp (P80963)
Leo J. St. Amour (P88642)
Attorneys for Plaintiff
30101 Northwestern Hwy.
Farmington Hills, MI 48334
(248) 353-7575; Fax (248) 254-8081
kseiferheld@michiganautolaw.com
akemp@michiganautolaw.com
lstamour@michiganautolaw.com

Timothy J. Clifford (P45139)
David A. Brauer (P45220)
Law Offices of Carol K. Metz
Attorney for Defendants, Assic Trucking Co. and Carl Cedric Koger, Jr.
1441 W. Long Lake Road, Suite 305
Troy, MI 48098
(248) 312-7939
tcliffor@travelers.com
dbrauer@travelers.com

---

**STIPULATED ORDER FOR DISMISSAL**
**WITH PREJUDICE**

The involved parties stipulating below to entry of this Order:

**IT IS HEREBY ORDERED** that the above-captioned cause of action be, and the same hereby is, dismissed with prejudice and without costs as between Plaintiff and Defendants.

This resolves the last pending claim and **closes** the case.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 21, 2026

*/s/Leo St. Amour (w/ permission)*
LEO ST. AMOUR (P88642)
Attorney for Plaintiff

*/s/David Brauer*
DAVID A. BRAUER (P45220)
Attorney for Defendants,
Assic Trucking Co. & Carl Cedric Koger, Jr.